UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOOKE,<br><br>           Plaintiff,<br><br>    v.<br><br>FOSS MARITIME COMPANY,<br><br>           Defendant. | Case No.  13-cv-00994-JCS<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 29 |

For the reasons stated on the record at the hearing held on February 21, 2014, the Court orders as follows: (1) within ten days of the date of the hearing, Defendant shall produce all portions of the Safety Management System ("SMS") Manual that relate in any way to the events underlying this case; (2) within ten days of the date of the hearing, Defendant shall produce the table of contents of the SMS Manual so that Plaintiff can identify the portions that relate to the events underlying this case, and within seven days of Plaintiff's identification, Defendant shall produce those sections; (3) within ten days of the date of the hearing, Defendant shall produce all Job Safety Analyses ("JSAs") related to the events in this case, including but not limited to barge shifts or barge transfers; and (4) within seven days of the date of the hearing, Defendant shall submit to the Court a brief, including any relevant evidence, on why the Internal Incident Investigation report and Event Information System report (referred to on page one of the parties' Joint Letter dated January 27, 2014) are protected by the attorney work product privilege, and

///

///

///

///

1  within seven days of the submission of Defendant's brief, Plaintiff shall submit a response,
2  including any relevant evidence.
3  **IT IS SO ORDERED.**
4  Dated: February 25, 2014

JOSEPH C. SPERO
United States Magistrate Judge