UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS HOOKE,

          Plaintiff,

    v.

FOSS MARITIME COMPANY,

        Defendant.

Case No.  13-cv-00994-JCS

**DISCOVERY ORDER**

Re: Dkt. No. 39

      For the reasons stated on the record at the hearing held on May 9, 2014, the Court orders as follows: (1) Plaintiff is given leave to re-take the depositions of Mark LaCroix and Don Nichols under Rule 30 of the Federal Rules of Civil Procedure. The depositions are not to exceed two hours each, and the subject matter is limited to each deponent's EIS Witness Statement and follow-up questions regarding that statement; and (2) parties shall submit a joint stipulation regarding discovery deadlines.

      **IT IS SO ORDERED.**

Dated: May 13, 2014

_____

JOSEPH C. SPERO
United States Magistrate Judge